IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEONEL LAREDO, | ) | No. C 12-05674 EJD (PR) |
| Petitioner, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| LEWIS, et al., | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a prisoner at Pelican Bay State Prison proceeding pro se, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 19, 2012, mail sent to Petitioner by the Court was returned to the Clerk of the Court with a notation that it was undeliverable as "Refused" and "Unable to Forward." (See Docket No. 2.) As of the date of this order, Petitioner has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days

Order of Dismissal
05674Laredo_3-11dism.wpd

1

1  of this return a written communication from the pro se party indicating a current address.
2  See L.R. 3-11(b).
3      More than sixty days have passed since the mail directed to Petitioner by the Court
4  was returned as undeliverable. The Court has not received a notice from Petitioner of a
5  new address. Accordingly, the instant habeas action is DISMISSED without prejudice
6  pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all
7  pending motions and close the file.
8      IT IS SO ORDERED.
9  DATED: ____2/13/2013_____     _____
                                      EDWARD J. DAVILA
10                                    United States District Judge

Order of Dismissal
05674Laredo_3-11dism.wpd                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL LAREDO, | Case Number CV 12-05674 EJD (PR) |
|     Petitioner, | |
|   v. | **CERTIFICATE OF SERVICE** |
| LEWIS, et al., | |
|     Respondent. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____2/13/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Leonel Laredo**
J-81213
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

DATED: _____2/13/2013_____
                          Richard W. Wieking, Clerk
                   /s/ By: Elizabeth Garcia, Deputy Clerk