IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL LAREDO, | No. C 12-05674 EJD (PR) |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| LEWIS, et al., | |
| Respondents. | |

Petitioner, a state prisoner incarcerated at the Pelican Bay State Prison, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was dismissed on February 13, 2013, and then reopened on March 22, 2013, after the Court granted Petitioner's motion for reconsideration. (See Docket No. 6.) Petitioner has paid the filing fee.

**BACKGROUND**

According to the petition, Petitioner is confined to the Secured Housing Unit ("SHU") at Pelican Bay State Prison and is no longer eligible to earn good time credits based on a 2010 change in California law. (Pet. at 8.)

Petitioner filed a habeas petition in the state superior court which was dismissed on

Order to Show Cause
G:\PRO-SE\SJ.EJD\HC.12\05674Laredo_osc.wpd                1

1  August 5, 2011.  (Pet. at 4.)  It is unclear whether Petitioner filed his claims in the state
2  supreme court.

## DISCUSSION

A. <u>Standard of Review</u>

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  <u>Id.</u> § 2243.

B. <u>Legal Claims</u>

Petitioner claims that his rights under the Ex Post Facto clause were violated with the amendment to a state law that precludes good time credits while in the SHU. Petitioner denies that he is validated gang member, and that he is entitled to earn good time credits according to his plea deal with the state.  Liberally construed, Petitioner's claim is cognizable under § 2254 and merits an answer from Respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. The Clerk shall serve by certified mail a copy of this order and the petition (Docket No. 1) and all attachments thereto on Respondent and Respondent's attorney, the Attorney General of the State of California.  The Clerk also shall serve a copy of this order on Petitioner.

2. Respondent shall file with the court and serve on petitioner, within **fifty-six (56) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer and serve on Petitioner a

1  copy of all portions of the state trial record that have been transcribed previously and that
2  are relevant to a determination of the issues presented by the petition.
3      If Petitioner wishes to respond to the answer, he shall do so by filing a traverse
4  with the Court and serving it on Respondent within **twenty-eight (28) days** of his receipt
5  of the answer.
6      3.   Respondent may file a motion to dismiss on procedural grounds in lieu of
7  an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules
8  Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file
9  with the Court and serve on Respondent an opposition or statement of non-opposition
10 within **twenty-eight (28) days** of receipt of the motion, and Respondent shall file with the
11 court and serve on Petitioner a reply within **fourteen (14) days** of receipt of any
12 opposition.
13     4.   Petitioner is reminded that all communications with the court must be
14 served on Respondent by mailing a true copy of the document to Respondent's counsel.
15 Petitioner must also keep the Court and all parties informed of any change
16 of address.

17 DATED: _____4/26/2013_____           _____
18                                            EDWARD J. DAVILA
                                              United States District Judge

Order to Show Cause
G:\PRO-SE\SJ.EJD\HC.12\05674Laredo_osc.wpd           3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEONEL LAREDO,

        Petitioner,

  v.

LEWIS, et al.,

        Respondents.

Case Number: CV12-05674 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/29/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonel Laredo J-81213
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: 4/29/2013

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk